# ALABAMA COURT OF CRIMINAL APPEALS



February 2, 2024

**CR-2023-0381**
Aleisha Danielle Parker v. State of Alabama (Appeal from Madison Circuit Court: CC-22-1572)

## <u>NOTICE</u>

You are hereby notified that on February 2, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk